IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE: BRENDA PHELPS             CASE NO.: 19-16038
DEBTOR                           CHAPTER 13

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the plan filed on November 13, 2019 at Docket No. 2 has been serviced by CM/ECF to the Standing Chapter 13 Trustee for this matter and the local United States Trustee; and served by regular U.S. Mail postage prepaid to the following on December 3, 2019:

Caliber Home Loans  
Attn: CEO Sanjiv Das  
P.O. Box 619063  
Dallas, TX 75261  

GM Financial  
Attn: President Daniel Berce  
P.O. Box 181145  
Arlington, TX 76096  

And to all creditors whose names and addresses are set forth on the following page(s)

December 3, 2019

/s/ Mickey Stevens  
American Bankruptcy Associates PLLC.  
Skelton and Stevens Legal Group PLLC.  
2615 N. Prickett Road Suite 2  
Bryant, AR 72022  
Phone: (501)481-8923  

19-16038 BRENDA PHELPS

### CREDITORS

**Bank of America**  
P.O. Box 982238  
El Paso, TX 79998  

**Capital One Bank USA NA**  
P.O. Box 30281  
Salt Lake City, UT 84130  

**CB Indigo**  
P.O. Box 4499  
Beaverton, OR 97076

**Chase Mortgage**
700 Kansas Lane
Mail Code LA4 6945
Monroe, LA 71203

**Country Door**
1112 7th Avenue
Monroe, WI 53566

**Credit One Bank**
P.O. Box 98872
Las Vegas, NV 89193

**Fingerhut Advantage**
P.O. Box 70281
Philadelphia, PA 19176

**First Premier Bank**
3820 N. Louise Ave.
Sioux Falls, SD 57107

**Genesis FS Card Services**
P.O. Box 23039
Columbus, GA 31902

**Indigo-Celtic Bank**
P.O. Box 4499
Beaverton, OR 97076

**K. Jordan**
P.O. Box 2809
Monroe, WI 53566

**Midnight Velvet**
1112 7th Ave.
Monroe, WI 53566

**Mohela/Dept of Ed**
633 Spirit Drive
Chesterfield, MO 63005

**Monroe and Main**
1112 7th Ave.
Monroe, WI 53566

**PRA Receivables Management, LLC**
PO Box 41021
Norfolk, VA 23541

**Rent A Center**
3114-B E. Race Ave.
Searcy, AR 72143

**Santander Consumer USA**
P.O. Box 961245
Fort Worth, TX 75161

**SKO Brenner American Inc.**
Power Smokeles
P.O. Box 406
Farmingdale, NY 11735

**Stoneberry Live Better Now**
P.O. Box 2820
Monroe, WI 53566

**Swiss Colony/Montgomery Ward**
1515 S. 21st Street
Clinton, IA 52732

**The Swiss Colony**
1112 7th Ave.
Monroe, WI 53566

**Trident Asset Management LLC**
53 Perimeter Center E. Ste.440
Atlanta, GA 30346

**US Department of EducationMOHELA**
633 Spirit Dr
Chesterfield, MO 63005

**Webbank/Fingerhut**
6250 Ridgewood Road
Saint Cloud, MN 56303

**Webbank/Freshstart**
6250 Ridgewood Road
Saint Cloud, MN 56303