United States Bankruptcy Court

Eastern District of Arkansas

In re: Case No. 19-16038-rdt

Brenda Phelps Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0860-4      User: admin      Page 1 of 4

Date Rcvd: Aug 17, 2022      Form ID: 318      Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda Phelps, 2611 Spring Creek Drive, Benton, AR 72015-4772 |
| 6471499 | | Rent A Center, 3114-B E. Race Ave., Searcy, AR 72143 |
| 6471501 | + | SKO Brenner American Inc., Power Smokeles, P.O. Box 406, Farmingdale, NY 11735-0406 |
| 6471505 | + | Trident Asset Management LLC, 53 Perimeter Center E. Ste.440, Atlanta, GA 30346-2230 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 17 2022 21:58:00 | Caliber Home Loans, Inc., 3701 Regent Boulevard, Suite 200, Irving, TX 75063-2296 |
| 6554499 | | EDI: PHINAMERI.COM | Aug 18 2022 01:58:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 6481907 | + | EDI: PHINAMERI.COM | Aug 18 2022 01:58:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 6471483 | + | EDI: BANKAMER.COM | Aug 18 2022 01:58:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 6497797 | + | EDI: BANKAMER2.COM | Aug 18 2022 01:58:00 | Bank of America, N.A., P O Box 982284, EL PASO, TX 79998-2284 |
| 6500977 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 17 2022 21:58:00 | CALIBER HOME LOANS, INC., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 6471486 | + | EDI: PHINGENESIS | Aug 18 2022 01:58:00 | CB Indigo, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 6471484 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 17 2022 21:58:00 | Caliber Home Loans, 715 S. Metropolitan, Oklahoma City, OK 73108-2054 |
| 6637027 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 17 2022 21:58:00 | Caliber Home Loans, Inc., P.O. Box 24330, Oklahoma City, OK 73124-0330 |
| 6485132 | + | EDI: AIS.COM | Aug 18 2022 01:58:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 6471485 | + | EDI: CAPITALONE.COM | Aug 18 2022 01:58:00 | Capital One Bank USA NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 6471488 | + | EDI: CBS7AVE | Aug 18 2022 01:58:00 | Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 6487647 | + | EDI: CBS7AVE | Aug 18 2022 01:58:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 6471489 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 17 2022 22:01:33 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 6471490 | + | EDI: BLUESTEM | Aug 18 2022 01:58:00 | Fingerhut Advantage, P.O. Box 70281, |

| District/off: 0860-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 17, 2022 | Form ID: 318 | Total Noticed: 50 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | Philadelphia, PA 19176-0281 |
| 6471491 | + EDI: AMINFOFP.COM | Aug 18 2022 01:58:00 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 6471493 | + EDI: PHINAMERI.COM | Aug 18 2022 01:58:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 6471492 | + EDI: PHINGENESIS | Aug 18 2022 01:58:00 | Genesis FS Card Services, P.O. Box 23039, Columbus, GA 31902-3039 |
| 6471494 | + EDI: PHINGENESIS | Aug 18 2022 01:58:00 | Indigo-Celtic Bank, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 6471487 | EDI: JPMORGANCHASE | Aug 18 2022 01:58:00 | Chase Mortgage, 700 Kansas Lane, Mail Code LA4 6945, Monroe, LA 71203 |
| 6471495 | + EDI: CBSMASON | Aug 18 2022 01:58:00 | K. Jordan, P.O. Box 2809, Monroe, WI 53566-8009 |
| 6487651 | + EDI: CBSMASON | Aug 18 2022 01:58:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 6496727 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2022 22:01:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 6758465 | Email/Text: ml-ebn@missionlane.com | Aug 17 2022 21:58:00 | Mission Lane LLC, P.O. Box 105286, Atlanta, GA 30348 |
| 6471497 | Email/Text: EBN@Mohela.com | Aug 17 2022 21:58:00 | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 6475374 | Email/Text: EBN@Mohela.com | Aug 17 2022 21:58:00 | US Department of EducationMOHELA, 633 Spirit Dr, Chesterfield, MO 63005 |
| 6471496 | + EDI: CBS7AVE | Aug 18 2022 01:58:00 | Midnight Velvet, 1112 7th Ave., Monroe, WI 53566-1364 |
| 6487667 | + EDI: CBS7AVE | Aug 18 2022 01:58:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 6487669 | + EDI: CBS7AVE | Aug 18 2022 01:58:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 6471498 | + EDI: CBS7AVE | Aug 18 2022 01:58:00 | Monroe and Main, 1112 7th Ave., Monroe, WI 53566-1364 |
| 6758466 | + Email/Text: netcreditbnc@enova.com | Aug 17 2022 21:58:09 | Net Credit, 175 W. Jackson Blvd. Suite1000, Chicago, IL 60604-2863 |
| 6758467 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 17 2022 22:01:38 | Ollo Card Services, P.O. Box 660371, Dallas, TX 75266-0371 |
| 6472310 | + EDI: RECOVERYCORP.COM | Aug 18 2022 01:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 6500539 | + EDI: JEFFERSONCAP.COM | Aug 18 2022 01:58:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 6527759 | EDI: Q3G.COM | Aug 18 2022 01:58:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 6500060 | EDI: Q3G.COM | Aug 18 2022 01:58:00 | Quantum3 Group LLC as agent for Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 6496377 | EDI: Q3G.COM | Aug 18 2022 01:58:00 | Quantum3 Group LLC as agent for GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 6471500 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 17 2022 21:58:00 | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 6487650 | + EDI: CBSMASON | Aug 18 2022 01:58:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

| District/off: 0860-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 17, 2022 | Form ID: 318 | Total Noticed: 50 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 6471502 | + | EDI: CBSMASON | Aug 18 2022 01:58:00 | Stoneberry Live Better Now, P.O. Box 2820, Monroe, WI 53566-8020 |
| 6471503 | + | EDI: CBS7AVE | Aug 18 2022 01:58:00 | Swiss Colony/Montgomery Ward, 1515 S. 21st Street, Clinton, IA 52732-6676 |
| 6471504 | + | EDI: CBS7AVE | Aug 18 2022 01:58:00 | The Swiss Colony, 1112 7th Ave., Monroe, WI 53566-1364 |
| 6487666 | + | EDI: CBS7AVE | Aug 18 2022 01:58:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 6758468 | | Email/Text: bknotice@upgrade.com | Aug 17 2022 21:58:00 | Upgrade, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 6471506 | + | EDI: BLUESTEM | Aug 18 2022 01:58:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 6471507 | + | EDI: BLUESTEM | Aug 18 2022 01:58:00 | Webbank/Freshstart, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 6758464 | *+ | Fingerhut Advantage, P.O. Box 70281, Philadelphia, PA 19176-0281 |
| 6758469 | *+ | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Perdue | on behalf of Creditor Caliber Home Loans Inc. ARECF@wilson-assoc.com, arecf@ecf.courtdrive.com |
| Heather R. Martin-Herron | on behalf of Creditor Caliber Home Loans Inc. arecf@wilson-assoc.com, ARECF@ecf.courtdrive.com |
| Holly N. Knight | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial hknight@knightlawpllc.com |
| Kathryn Alley Lachowsky | on behalf of Creditor Caliber Home Loans Inc. arecf@wilson-assoc.com, ARECF@ecf.courtdrive.com |
| Mickey Lynn Stevens | on behalf of Debtor Brenda Phelps skeltonandstevens@outlook.com stevensmr82608@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0860-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 17, 2022 | Form ID: 318 | Total Noticed: 50 |

Richard L. Cox
    rlctrustee@gmail.com  AR04@ECFCBIS.COM

U.S. Trustee (ust)
    USTPRegion13.LR.ECF@usdoj.gov
    Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;Kent.H.Johnson@usdoj.gov

TOTAL: 7

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Brenda Phelps<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3243<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Arkansas | |
| Case number: | 4:19-bk-16038 | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brenda Phelps
aka Brenda Coleman, aka Brenda Kyne

Dated: 8/17/22

**By the court:** _[signature]_

Richard D. Taylor
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

8/17/22